IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| DAVID LOPEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>ASW ALLSTATE PAINTING & CONSTUCTION, et al.,,<br><br>    Defendants. | Civil No. 07-5583 (RMB) |

### AMENDED SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel during the telephone scheduling conference on October 24, 2008; and the Court noting the following appearances: David J. Panitz, Esquire, appearing on behalf of the plaintiff; and Barry Meade, Esquire, Brian W. McAlindin, Esquire, and Christopher Mauro, Esquire, appearing on behalf of the defendants.

IT IS this **24th** day of **October, 2008**, hereby **ORDERED**:

1. The Court will conduct an in-person status conference on **December 16, 2008 at 2:00 p.m**.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER F**ED**. R. C**IV**. P. 16(f).**

s/ Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge